## DRAPER v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 135, September Term, 1963.]

*Decided June 24, 1964.*

Before the entire Court.

PER CURIAM.

For the reasons for denying relief under the Post Conviction Procedure Act stated by Judge Keating in his opinion and order filed in the Circuit Court for Cecil County, said opinion embodying his findings of fact and conclusions of law, the application for leave to appeal is denied.

*Application denied.*